***Thompson et al. v. CalAtlantic Group, LLC et al.***

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Roy M. Thompson and Jennifer Thompson, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CalAtlantic Group, LLC and Lennar Corporation,<br><br>Defendants. | Civil Action No. 24av99999<br><br>**AFFIDAVIT OF JENNIFER PETRAS** |

I, Jennifer Petras first being duly sworn, do hereby make oath and affirm as follow:

1. I am over the age of eighteen (18) and am under no disability which would render me incompetent to make this Affidavit.

2. I have personal knowledge of all matters stated in this Affidavit.

3. I am the Controller for Lennar Carolinas, LLC and have been employed in this position since June 2022.

4. Lennar Carolinas, LLC is a limited liability company formed in Delaware.

5. Lennar Carolinas, LLC's principal place of business is in Miami, Florida.

6. Lennar Carolinas, LLC's sole member is Lennar Homes, LLC.

7. Lennar Homes, LLC is a limited liability company formed in Florida.

8. Lennar Homes, LLC's sole member is U.S. Home, LLC.

9. U.S. Home, LLC is a limited liability company formed in Delaware.

10. U.S. Home, LLC's sole member is Lennar Corporation.

11. Lennar Corporation is a corporation formed in Delaware.

12. Lennar Corporation's principal place of business is in Miami, Florida.

13. Lennar Corporation's headquarters is located at 5505 Blue Lagoon Drive, Miami, Florida.

14. Lennar Corporation's Officer and Directors are located in Miami, Florida, and the Officers and Directors direct, control, and coordinate Lennar Corporation's activities from Lennar Corporation's headquarters in Miami, Florida.

15. Lennar Corporation is the sole member of CalAtlantic Group, LLC, a limited liability company organized under the laws of Delaware with its principal place of business in Miami, Florida.

16. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 16 day of April, 2024.

FURTHER AFFIANT SAYETH NOT.

Jennifer Petras
Controller
Lennar Carolinas, LLC

SWORN and subscribed to me before this
16 day of April 2024

Notary Public for South Carolina
My Commission expires: 10/08/2030

ERIKA FISHER
My Commission Expires
NOTARY PUBLIC
October 8, 2030
STATE OF SOUTH CAROLINA