# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Roy M. Thompson and Jennifer Thompson, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CalAtlantic Group, LLC and Lennar Corporation, <br><br> Defendants. | Civil Action No. 2:24-cv-02075-RMG <br><br><br> **JOINT MOTION FOR** <br> ***RUBIN* ORDER** |

The above-captioned parties, by and through their undersigned counsel, hereby request that the Court enter a *Rubin* Order. The parties have in good faith agreed to the essential terms and conditions to settle and dismiss this action and are in the process of finalizing the settlement. Pursuant to the proposed *Rubin* Order, if settlement is not consummated within sixty (60) days, any party may petition the Court to reopen this action and restore it to the active trial docket. In the alternative, to the extent permitted by law, any party may petition the Court within sixty (60) days to enforce the terms of a settlement agreement. By agreement of the parties, the Court retains jurisdiction to enforce any such settlement agreement.

*(SIGNATURE BLOCK ON FOLLOWING PAGE)*

Respectfully submitted,

**THE BOSTIC LAW GROUP, P.A.**

*s/ Christopher M. Ramsey*
Christopher M. Ramsey, D.S.C. No. 10147
2236 Ashley Crossing Drive
Charleston, SC 29414
(843) 571-2525
cramsey@bosticlaw.com

*Counsel for Plaintiffs*

**MOORE & VAN ALLEN PLLC**

*s/ Daniel R. Fuerst*
Christopher A. Ogiba, D.S.C. No. 9042
Lauren N. Vriesinga, D.S.C. No. 12188
Daniel R. Fuerst, D.S.C. No. 12616
78 Wentworth Street
Charleston, SC 29401
(843) 579-7000
chrisogiba@mvalaw.com
laurenvriesinga@mvalaw.com
danielfuerst@mvalaw.com

*Counsel for Defendants*

August 6, 2024
Charleston, South Carolina